RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

DEBRA P. HACKETT, CLK
US. DISTRICT COURT
MIDDLE DISTRICT ALA

JOSEPH DAVID STOUGH
Full name and prison name of
Plaintiff(s)

v.

TROY SILVA, Lieutentant

William Maddox, Sheriff

et Al

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 1:10CV883-TMH
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☑ No ☐

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES ☐    NO ☑

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) JOSEPH DAVID STOUGH
         AIS# 118365

         Defendant(s) TROY SILVA, Lieutentant

      2. Court (if federal court, name the district; if state court, name the county)
         In The Small Claim Court of Henry County, Alabama (# 37-SM-2010-000252.00)

3. Docket number 37-SM-2010-000252.00
4. Name of judge to whom case was assigned Hon. James D. Peterson
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) Dismissed Because Plaintiff Did Not Appear Due To Incarceration
6. Approximate date of filing lawsuit 2010
7. Approximate date of disposition 9-27-2010

II. PLACE OF PRESENT CONFINEMENT Kilby Corr. Fac.; P.O. Box 150; Mt. Meigs, AL 36057
PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Henry County Jail, Abbeville, AL 36310

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                   ADDRESS

1. Troy Silva (Lieutenant) of the
2. Henry County Sheriff's Department; 101
3. Court Square; Abbeville, AL 36310
4.
5. William Maddox (Sheriff); Henry County Sheriff's
6. Dept.; 101 Court Square; Abbeville, AL 36310

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 6/2010

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Cruel And Unusual Punishment

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On or about May 21, 2008 Plaintiff was Arrested for several criminal offenses — while placed in the Henry County Jail and Subsequently Awarded Trustee status, Lieutentant Troy Silva ordered the

GROUND TWO: (* See Additional Sheets)

SUPPORTING FACTS:

GROUND THREE:

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

As to both Defendant, order same to pay, in punitive damages, in the Amount of $10,000 (Ten-Thousand dollars) to Plaintiff; and order both defendant be removed from their capacities; and prompt a federal investigation because the same illegal practice is ongoing.

/s/ Joseph David Stough
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 10/17/2010
(Date)

/s/ Joseph David Stough
Signature of plaintiff(s)

*Plaint's Ground(s) Continue*

the Plaintiff to perform private work duties/assignment on personal property. In doing so, MR SILVA, on the basis of about $5.00 (Five-dollar) an hour rate, compensated Plaintiff; however such work performed amount remains unpaid— and were therefore the basis of the Small Claim matter ensued in the Small Claim Court corresponding to case number 37-SM-2010-000252.00 — whereby the Plaintiff sought the remainer of money owed in the matter; but, because Plaintiff was not transferred to court after timely request for same — the court dismiss the case (id). Hence this instant Law Suit is hereby being ensued under Civil Right's violation i.e., 8th Amendment United State Constitution violation, e.g Cruel And Unusal Punishment. In the course of the aforesaid violation and the attempt to be sufficently and fully paid for the service rendered for MR SILVA, the matter were called via INMATE REQUEST FORM to Sheriff's William Maddox attention to assist in resolving the matter relative

to the complaint. Said Sheriff engaged the matter and urged MR SILVA to fully pay Plaintiff for work performed; however said sheriff failed to fully investigate the substance of the matter and prevent the illegal practice of his department, e.g. allowing pretrial detainee(s) to perform private work duties on his officer(s) personal and private property; moreover if the inmate recline the assignment he would be subject to removal of trustee status and remained within the confinement of the jail facility.

Some of the duties/assignments performed are as follows: The trimming of pine trees; weed eating; the burning of tree limbs; the making of a flower-bed with rail-road ties; the cleaning of a barn; the cleaning of flower beds; the cleaning of a yard; the pressure washing of a house; the unloading of sheet-rock material; some light painting; the tearing down of a dog pen; motor-cycle and some car(s) washing; the organizing of clothing inside the barn.... All of these duties was performed on private property through the exploitation of a pre-trial detainee's inability to reject without consequence

JOSEPH DAVID STOUGH #118365
Kilby Correctional Facility
P O Box 150
Mt. Meigs AL 36057

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P O BOX 711
MONTGOMERY ALABAMA 36101-0711

"This correspondence is forwarded from an Alabama State prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."