IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH DAVID STOUGH, #118365, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:10-cv-0883-TMH |
| | ) [WO] |
| TROY SILVA, *et al.*, | ) |
| Defendants. | ) |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #28) filed on July 9, 2013 to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #27) entered on June 20, 2013 is adopted;

3. The defendants' motions for summary judgment are GRANTED and this case is DISMISSED with prejudice; and

4. Costs are taxed against plaintiff for which execution may issue.

DONE this the 25th day of September, 2013.

　　　　　　　　　　　　　　　　　　　/s/ Truman M. Hobbs
　　　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE